UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES PETER KYRICOPOULOS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-12431-IT |
| | * | |
| JOSEPH MURPHY, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

March 29, 2017

TALWANI, D.J.

Having denied Petitioner James Peter Kyricopoulos' Petition for Writ of Habeas Corpus by a Person in State Custody, the petition under 28 U.S.C. § 2254 for a writ of habeas corpus is hereby DISMISSED. Further, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the court hereby DENIES a certificate of appealability. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge