UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES PETER KYRICOPOULOS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-12431-IT |
| | * | |
| LISA MITCHELL, | * | |
| | * | |
| Respondent. | * | |

ORDER

May 9, 2017

TALWANI, D.J.

Before the court is Petitioner, James Peter Kyricopoulos' Motion to Proceed in Forma Pauperis [#41]. Federal law requires litigants seeking to appeal *in formal pauperis* to submit an affidavit stating "the nature of the . . . appeal and [the] affiant's belief that [he] is entitled to redress." 18 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(1) (affidavit must state issues that the party intends to present on appeal). Appeals must be taken in good faith, and this court is directed to dismiss a case if it determines the appeal is frivolous or fails to state a claim for which relief may be granted. See 18 U.S.C. § 1915(e)(2)(B). The court DENIES the motion because Petitioner failed to state any cognizable or non-frivolous claim for which relief can be granted.

The clerk is directed to notify the United States Court of Appeals of this order.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge