UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES PETER KYRICOPOULOS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-12431-IT |
| | * | |
| LISA MITCHELL, | * | |
| | * | |
| Respondent. | * | |

ORDER

May 23, 2017

TALWANI, D.J.

Before the court is Petitioner, James Peter Kyricopoulos' Motion for Reconsideration [#47]. Petitioner asks this court to reconsider its Order [#44] which denied his Motion to Proceed in Forma Pauperis [#41]. As grounds for his motion for reconsideration, Petitioner states that he mistakenly did not sign or date the first page of the affidavit supporting his motion to proceed in forma pauperis. He has submitted a second affidavit with his motion for reconsideration. Based on the affidavit, the court finds that Petitioner has insufficient funds to pay the filing fee. However, Petitioner again has failed to state any cognizable or non-frivolous claim for which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B). Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge